**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Thomas Wayne Florence  **v.**  The State of Texas

Appellate case number:    01-11-00822-CR

Trial court case number:  10CR1217

Trial court:              56th District Court of Galveston County

Date motion filed:        August 16, 2013

Party filing motion:      appellant, Thomas Wayne Florence

      It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/  Evelyn V. Keyes
                Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Brown.


Date:  November 26, 2013